**Order filed August 12, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00555-CV

_____

### LEON LAVIOLETTE, Appellant

### V.

### MICHAEL RUTHERFORD, Appellee

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-31571**

## O R D E R

The notice of appeal in this case was filed July 7, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **August 27, 2014.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM